## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MICHAEL E. GUNTER,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) Case No. 13-CV-1036-SMY-DGW |
| **UNITED STATES OF AMERICA,** | ) ) ) |
| **Defendant.** | ) ) |

## JUDGMENT IN A CIVIL ACTION

This matter having come to trial before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Michael Gunter and against Defendant United States of America in the amount of **$1,930,000** pursuant to this Court's Order dated January 19, 2018 (Doc. 65).

Accordingly, the Clerk of Court is **DIRECTED** to close this case.

**DATED:  January 22, 2018**

**JUSTINE FLANAGAN, Acting Clerk of Court**

**By: s/ Stacie Hurst, Deputy Clerk**

**Approved:**   s/ Staci M. Yandle
              **STACI M. YANDLE**
              **DISTRICT JUDGE**